1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9    PLAO VIENGVILAI,                     No. CIV S-10-2278-KJM-CMK-P

10              Petitioner,

11        vs.                              <u>ORDER</u>

12   J.W. HAVILAND,

13              Respondent.

14   _____/

15        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

16   habeas corpus pursuant to 28 U.S.C. § 2254, challenging a July 2009 denial of parole.   For the

17   reasons discussed in findings and recommendations issued separately, the court finds it

18   appropriate to vacate the November 10, 2010, order directing respondent to respond to the

19   amended petition.  Respondent is relieved of any obligation to respond to the petition unless

20   ordered otherwise.

21        IT IS SO ORDERED.

22

23   DATED:  February 2, 2011

24                                         _____
                                           **CRAIG M. KELLISON**
25                                         UNITED STATES MAGISTRATE JUDGE

26